IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NAVDEEP SINGH NAVDEEP
SINGH,

               Petitioner,

vs.

CAROLYN SOMMER in her capacity
as, Acting Warden of McCook
Detention Center, et al.,

               Respondents.

8:26-CV-165

ORDER

The petitioner has filed a petition for a writ of habeas corpus, seeking immediate release from U.S. Immigration and Customs Enforcement custody in the McCook Detention Center in McCook, Nebraska. Filing 1. But the ICE Online Detainee Locator System, https://locator.ice.gov, indicates that the petitioner is presently detained at the Polk County Jail in Des Moines, Iowa.

The petitioner's actual location is important, as it relates to both proper venue and whether the petition names the petitioner's immediate custodian as a respondent. *See Trump v. J.G.G.*, 604 U.S. 670, 672 (2025); *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). It appears that this case may belong in the U.S. District Court for the Southern District of Iowa. Accordingly,

IT IS ORDERED

1.     The Clerk of the Court shall, before docketing this order:

     a.     Add Assistant Attorney General Justin J. Hall of the Nebraska Attorney General's office as counsel for

Carolyn Sommer in her capacity as Acting Warden of the McCook Detention Center;

b.    Add Assistant U.S. Attorney Christopher L. Ferretti and Assistant U.S. Attorney Eric W. Synowicki as counsel for the other respondents; and

c.    After doing so, regenerate the filing for the petition.

2.    The Clerk of the Court is directed, pursuant to Fed. R. Civ. P. 25(d), to substitute Todd Blanche, in his official capacity as Acting Attorney General of the United States, for Pamela Bondi.

3.    On or before **April 17, 2026**, the respondents shall file a statement with the Court explaining the petitioner's current place of detention.

4.    The Clerk of the Court shall set a case management deadline for April 17, 2026.

Dated this 14th day of April, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

2